
**STEPTOE & JOHNSON** PLLC
ATTORNEYS AT LAW

400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000    (304) 933-8183 Fax
www.steptoe-johnson.com

Writer's Contact Information
(304) 933-8162
WRITER'S E-MAIL ADDRESS
gordon.copland@steptoe-johnson.com

July 17, 2015

<u>**VIA ECF**</u>

Honorable Irene M. Keeley
United States District Court
Northern District of West Virginia
500 West Pike Street
Clarksburg, West Virginia  26301

      Re:    *Pfizer Inc., et al.* v. *Mylan Inc., et al.*, Civil Action No. 1:15CV4
            <u>United States District Court for the Northern District of West Virginia</u>

Dear Judge Keeley:

      I write on behalf of Mylan Inc., Agila Specialties Private Ltd., and Mylan Pharmaceuticals Inc. ("Mylan") to request that the Court set a status conference in this case, to discuss setting a conditional trial date in this matter. The Court has stayed this case in light of the actively proceeding case in Delaware.  But the question of jurisdiction in Delaware is in dispute, as the Court is aware, and presents unique facts that Mylan is confident will allow it to prevail on the issue.  At that point, the matter would have to proceed in this Court.  The Court's order reflects recognition of that potential and requires the parties to advise the Court of any developments regarding the outcome of Mylan's interlocutory appeal or opinion by the Delaware Court otherwise affecting its jurisdictional status in the District of Delaware. *See* Dkt. No. 41 at p. 11.

      While the time period for resolution of the jurisdictional issues cannot be estimated with precision, it is evident that some months or more may elapse before resolution of the jurisdictional issues.  The intervening time will undoubtedly see additional potential trial dates become committed to other cases on the Court's docket.  To avoid the risk of undue delay in the event that Mylan proves correct as to the jurisdictional dispute, the Court has, in other cases, set conditional trial dates. *See Acorda Therapeutics, Inc., et al.* v. *Mylan Pharmaceuticals, Inc., et al.*, CAN 1:14CV139 at Dkt. No. 72; *Salix Pharmaceuticals, LTD, et al.* v. *Mylan Pharmaceuticals Inc.*, CAN 1:14CV152 at Dkt. No. 54; and *Teva Pharmaceuticals USA, Inc., et al.* v. *Mylan Pharmaceuticals Inc., et al.*, CAN 1:14CV167 at Dkt. No. 58.

West Virginia  •  Ohio  •  Kentucky  •  Pennsylvania  •  Texas  •  Colorado


TERRALEX

Hon. Irene M. Keeley
July 17, 2015
Page 2

      Mylan respectfully requests that the Court set a telephonic status conference at which the parties may discuss the matter, and the advisability of setting a conditional trial date. For the Court's convenience, Mylan notes that the Delaware court has set a trial date of December 12, 2016.

      With thanks for the Court's attention, I remain

                            Very truly yours,

                            Gordon H. Copland

GHC/cmv
cc:    All Counsel of Record (Via ECF)

6946289